UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
HIBAH T. LEE,

                              Plaintiff,                  **ORDER FOR WRIT**
                                                                             **OF HABEAS CORPUS**

      -against-

"JOHN DOE" ORANGE COUNTY JAIL, "JOHN                Case No. 20-cv-6176(CS)
DOE" ORANGE COUNTY FACILITY (Administration),
ANTHONY M. MELE (Corrections Administration)
SERGEANT KISZKA #134,

                              Defendants.

-----------------------------------------------------------------X

Upon application of Langdon C. Chapman, County Attorney, by Anthony F. Cardoso, Assistant County Attorney, the attorneys for the defendants Orange County Jail, Anthony M. Mele, and Sergeant Kiszka #134, sued in their individual capacities, having come before this court for an order requiring that plaintiff, Hibah T. Lee be produced by the Dutchess County Jail for a telephonic court appearance in the above matter, to be conducted on June 7, 2021 at 10:00 AM, so that said person may appear in accordance with law in the above-entitled cause.

WHEREFORE, the Clerk is hereby ordered to issue a Writ of Habeas Corpus directed to the Superintendent of the Dutchess County Jail, or any other authorized officer, to produce HIBAH T. LEE (#2021-00000106), now confined at the Dutchess County Jail, 150 North Hamilton, Poughkeepsie, NY 12601, to produce HIBAH T. LEE for a telephonic court appearance, beginning on June 7, 2021, at 10:00 a.m. until the conclusion of the court

appearance, or at any time thereafter as the Court may direct.

Dated: White Plains, New York
May 25, 2021

SO ORDERED:

_____
HON. CATHY SEIBEL
United States Magistrate Judge



# Orange County
## COUNTY ATTORNEY

**Langdon C. Chapman**
Orange County Attorney

**STEVEN M. NEUHAUS**
County Executive

Orange County Government Center
255-275 Main Street
Goshen, New York 10924

**Sharon Worthy-Spiegl**
*Deputy County Attorney*

**Municipal Law Unit**

TEL: (845) 291-3150
FAX: (845) 378-2374

**Family Law Unit**
Kimberly VanHaaster
*Chief Assistant County Attorney*
*Family Law & Juvenile Justice*

TEL: (845) 291-2650
FAX: (845) 360-9161

May 25, 2021

**Via ECF Filing**
Hon. Cathy Seibel
United States District Court Judge
United States Courthouse
500 Pearl Street, Room 1950
New York, NY 10007

    Re:  *Hibah T. Lee v. John Doe, et al.*
         Docket No.: 20-cv-6176(CS)

Dear Judge Seibel:

    This office represents defendants Anthony M. Mele and Sergeant Keith Kiszka in the above-referenced action. As discussed with Chambers, please see the enclosed Proposed Order for a Writ of Habeas Corpus. The Dutchess County Jail and U.S. Marshall's Service indicated they require such an order before producing Mr. Lee for the Court's ordered telephone conference on June 7, 2021.

    Thank you for your consideration of this matter.

Respectfully submitted,

ANTHONY F. CARDOSO
Assistant County Attorney

Encl.
Cc:
Hibah Lee (via U.S. Mail)
#2021-00000106
Dutchess County Jail
150 North Hamilton
Poughkeepsie, NY 12601