UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
HIBAH LEE,

                          Plaintiff,

-against-

JOHN DOE, ORANGE COUNTY JAIL; JOHN
DOE, ORANGE COUNTY FACILITY
(ADMINISTRATION); ANTHONY M. MELE;
SERGEANT KISZKA, #134,

                          Defendants.
---------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/24/2022

20 **CIVIL** 6176 (CS)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 24, 2022, Defendant's motion is GRANTED. Plaintiff's federal claim is dismissed without prejudice. To the extent Plaintiff intended to bring a state law claim, it is also dismissed without prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

         January 24, 2022

                                                  **RUBY J. KRAJICK**

                                                  **Clerk of Court**

                        **BY:**

                                                  **Deputy Clerk**